In the Matter of the Application of JULIUS J. MICHAEL, a Student at Law.

(Submitted November 22, 1897; decided November 30, 1897.)

MOTION to file certificate of clerkship *nunc pro tunc* as of April 8, 1891, and to direct the regents of the university to issue a certificate under the rules of 1882.

Motion denied.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANFORD N. BARNEY, Appellant, *v.* EDWARD P. BARKER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Barney* v. *Barker,* 16 App. Div. 266, affirmed.
(Argued November 22, 1897; decided December 7, 1897.)  .

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered respectively April 23 and 17, 1897, which affirmed an order of Special Term dismissing a writ of certiorari to review an assessment against the relator upon personal property for the year 1896.

*H. M. Whitehead* for appellant.

*Francis M. Scott* and *James M. Ward* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.